# MINUTES
## PROCEEDINGS HELD: SENTENCING HEARING

**DATE:** 4-5-2011
**HEARING HELD @** Raleigh, NC
**COURT CONVENES @** 2:00 p.m.
**PRESIDING JUDGE:** Hon. James C. Dever III

**Court Reporter: Stacy Schwinn**

**COURT OFFICIALS PRESENT:**
**Courtroom Deputy:** Jennifer Myers
**Probation Officer:** Jay Neely
**Law Clerk:** Jonathan Ophardt
**Law Clerk:** Chris Suedekum
**U.S. Deputy Marshal:** Julie Younts

**USA vs. ERNEST AUGUSTUS HAWKINS**
**Case #5:10-CR-322-1-D**

**Asst. U.S. Attorney Present:** Rudy Renfer
**Defense Counsel Present:** Curtis Holmes

Oath Administered (Defendant) by the: Clerk__X__ Court____ No___
                                      Sworn__X__ Affirmation___

**Motions heard and ruled on by the court:**
**DE #61 - withdrawn**
**DE #62 - Moot**
**DE #63- Allowed and new counsel shall be appointed**
**DE #64 - granted**
**De #68 - granted and sentencing shall be rescheduled after new counsel appointed.**

**Court adjourned at 2:20 p.m.**